No. 19-60293

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

WILL MCRANEY,

*Plaintiff-Appellant*,

v.

THE NORTH AMERICAN MISSION BOARD OF THE
SOUTHERN BAPTIST CONVENTION, INC.,

*Defendant-Appellee*,

On Appeal from the United States District Court
for the Northern District of Mississippi, No. 1:17-cv-80

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A
PETITION FOR PANEL REHEARING OR REHEARING EN BANC**

KATHLEEN I. CARRINGTON (MB NO. 104220)
DONNA BROWN JACOBS (MB NO. 8371)
JOSHUA J. WIENER (MB NO. 7185)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
(601) 948-5711 (tel)
(601) 985-4500 (fax)
kat.carrington@butlersnow.com
donna.jacobs@butlersnow.com
josh.wiener@butlersnow.com

Defendant-Appellee The North American Mission Board of the Southern Baptist Convention, Inc. ("NAMB") respectfully moves for a 14-day extension of time to file a petition for panel rehearing or rehearing en banc. Any such petition is currently due on July 30, 2020. NAMB has not previously sought any extension of this deadline and will seek no further extension if this motion is granted. Counsel for Plaintiff-Appellant Will McRaney has graciously confirmed that Appellant does not oppose this extension of time.

NAMB expects to retain new counsel to assist in connection with this appeal. NAMB believed that it had located new counsel, but a conflict of interest was identified yesterday that necessitated the identification of alternative counsel. It is expected that new counsel will be retained by the end of this week, but any such counsel will need time to review the documents, pleadings, and other materials relevant to this appeal. A fourteen-day extension would be a reasonable accommodation to permit new counsel to review the factual and legal issues relevant to this litigation and brief any meritorious grounds for panel rehearing and/or rehearing en banc.

These circumstances constitute good cause for a fourteen-day extension of the deadline to petition for panel rehearing or rehearing en banc. NAMB therefore respectfully requests that the deadline be extended to and including August 13, 2020.

Respectfully submitted,

*s/ Kathleen Ingram Carrington*
KATHLEEN I. CARRINGTON (MB NO. 104220)
DONNA BROWN JACOBS (MB NO. 8371)
JOSHUA J. WIENER (MB NO. 7185)
BUTLER SNOW LLP
1020 Highland Colony Parkway
Ridgeland, MS 39157
(601) 948-5711 (tel)
(601) 985-4500 (fax)
kat.carrington@butlersnow.com
donna.jacobs@butlersnow.com
josh.wiener@butlersnow.com

July 23, 2020

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(1) because it contains 522 words.

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Times New Roman font.

SO CERTIFIED this 23rd day of July, 2020.

*s/ Kathleen Ingram Carrington*
KATHLEEN INGRAM CARRINGTON


# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the Court's ECF system on July 23, 2020, which sent notification of such filing and a copy of same to all counsel of record.

SO CERTIFIED this 23rd day of July, 2020.

*s/ Kathleen Ingram Carrington*
KATHLEEN INGRAM CARRINGTON

53923724.v1