# United States Court of Appeals
## for the
# Fifth Circuit

---

Case No. 19-60293

WILL MCRANEY,

*Plaintiff-Appellant,*

v.

THE NORTH AMERICAN MISSION OF THE SOUTHERN BAPTIST CONVENTION, INCORPORATED,

*Defendant-Appellee.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI IN CASE NO. 1:17-CV-00080
HONORABLE J. DAVIDSON

**OPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF ON BEHALF OF THE THOMAS MORE SOCIETY AND THE ETHICS AND RELIGIOUS LIBERTY COMMISSION IN SUPPORT OF DEFENDANT-APPELLEE'S PETITION FOR REHEARING *EN BANC***

STEPHEN M. CRAMPTON
  *Counsel of Record*
THOMAS BREJCHA
THOMAS MORE SOCIETY
309 West Washington Street,
  Suite 1250
Chicago, Illinois 60606
(312) 782-1680
scrampton@thomasmoresociety.org

*Counsel for Amici Curiae Thomas More Society and Ethics and Religious Liberty Commission*

Case No. 19-60293

In the United States Court of Appeals for the Fifth Circuit

WILL MCRANEY,

Plaintiff-Appellant,

v.

THE NORTH AMERICAN MISSION OF THE SOUTHERN BAPTIST CONVENTION, INC.,

Defendant-Appellee.

On Appeal from the United States District Court for the Northern District of Mississippi in Case No. 1:17-cv-00080 (Davidson, J.)

## MOTION FOR LEAVE TO FILE BRIEF FOR AMICI CURIAE

Pursuant to Federal Rule of Appellate Procedure 29, Movants seek leave to file the attached brief as amici curiae in support of the Defendant-Appellee. Movants are the Thomas More Society and the Ethics and Religious Liberty Commission. Their interest is on behalf of the tens of thousands of churches within the Southern Baptist Convention, their millions of members, and the countless people of faith across this country whose fundamental rights to the free exercise of religion may be affected by this Court's decision in this case. This brief is intended to provide a

1

helpful perspective on the crucial importance of the church's freedom from interference by the courts in matters of faith and internal governance.

Counsel for amici the Defendant-Appellee consented to the filing of this brief, but counsel for the Plaintiff-Appellant did not.

Dated: August 20, 2020	Respectfully Submitted,

/s/ Stephen M. Crampton
Stephen M. Crampton
*Counsel of Record*
THOMAS MORE SOCIETY
309 West Washington St.
Suite 1250
Chicago, IL 60606
(312) 782-1680
scrampton@thomasmoresociety.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I electronically filed a true and correct copy of the foregoing Motion with the Clerk of the Court by using the appellate CM/ECF system, which will send notification of such filing to all registered users of the CM/ECF system.

Dated: August 20, 2020	/s/ Stephen M. Crampton
Stephen M. Crampton